UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:      Harvey R. Johnson                           Case No.   **09-36780-KRH**
            Debtor(s)                                   Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250.00**.**

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **7/7/2010**.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                                        Respectfully submitted,

                                        /s/ Richard J. Oulton
                                        Richard J. Oulton (VSB#29640)
                                        Attorney for Debtor
                                        The Debt Law Group, PLLC
                                        2800 N. Parham Rd, Ste 100
                                        Henrico, VA 23294
                                        Tel: (804)308-0051
                                        Fax: (804)308-0053


Certificate of Service

I certify that on **12/15/2010**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system, email or by first class mail to the Debtor(s), Chapter 13 Trustee, the United States trustee, and to all creditors and parties in

interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J.Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:    Harvey R. Johnson                              Case No.   **09-36780-KRH**
          Debtor(s)                                      Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $250.00 in connection with the filing of a post-confirmation modified plan. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **14 days from the date of this notice** you or your attorney must:

File a written objection and a copy with the Court at:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

Address of attorney for the Debtor(s):

Richard J. Oulton (VSB#29640)
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
Tel: (804)308-0051
Fax: (804)308-0053

Address of Chapter 13 Trustee:

Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

Attend a hearing which will be scheduled at a later date.  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Case 09-36780-KRH    Doc 41    Filed 12/15/10    Entered 12/15/10 17:16:19    Desc Main
                         Document      Page 4 of 5


| | |
|---|---|
| **12/15/2010** | /s/ Richard J. Oulton |
| | Richard J. Oulton (VSB#29640) |
| | Attorney for Debtor |
| | The Debt Law Group, PLLC |
| | 2800 N. Parham Rd, Ste 100 |
| | Henrico, VA 23294 |
| | Tel: (804)308-0051 |
| | Fax: (804)308-0053 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **12/15/2010,** the foregoing Notice was served electronically and/or by first class mail, postage prepaid, to the parties on the attached matrix.

/s/ Richard J. Oulton
**Richard J. Oulton**

**Service Matrix:**

Carl M. Bates
Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218-1819

**Harvey R. Johnson**
**P.O. Box 1538**
**Montross, VA  22520**

**NAMES AND ADDRESSES OF CREDITORS**

| | | |
|---|---|---|
| AFNI<br>404 Brock Drive<br>Post Office Box 3427<br>Bloomington, IL 61702-3427 | Allstate<br>P. O. Box 3589<br>Akron, OH 44309 | American General Finan<br>195 Main Street<br>Warsaw, VA 22572 |
| AT & T Wireless<br>P.O. Box 6270<br>Glen Allen, VA 23060 | Chase<br>201 N Walnut St # De1-10<br>Wilmington, DE 19801 | Collection Company Of<br>700 Longwater Dr<br>Norwell, MA 02061 |
| Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Dell Financial<br>Attn: Bankruptcy<br>12234 North IH 35<br>Austin, TX 78753 | Dish Network<br>Department 0063<br>Palatine, IL 60055-0063 |
| Equity One<br>Post Office Box 1315<br>Warsaw, VA 22572-1315 | Hsbc Auto<br>6602 Convoy Ct<br>San Diego, CA 92111 | Internal Revenue Service<br>Insolvency Unit<br>Post Office Box 21126<br>Philadelphia, PA 19114 |
| Legum & Wilk, PLC<br>4004 Williamsburg Ct.<br>Fairfax, VA 22032 | Lvnv Funding<br>P.o. B   10584<br>Greenville, SC 29603 | None |
| Paragon Way Inc<br>P. O. Box  42829<br>Austin, TX 78704 | Sandra Johnson (Wife) | Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 |
| Wfnnb/Peebles<br>Po Box 64<br>Jacksonville, TX 75766 | | |